IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-655-MOC-DCK

| LATOYA HUSH, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| SCHWAN'S CONSUMER BRANDS, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 29) filed by Nicholas Hulse, concerning Kristen Nesbit, on July 18, 2022. Kristen Nesbit seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 29) is **GRANTED**. Kristen Nesbit is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: July 18, 2022

David C. Keesler
United States Magistrate Judge