UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-655-MOC

| | |
|---|---|
| LOTOYA HUSH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| SCHWAN'S CONSUMER BRANDS, INC., | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Plaintiff's pro se Motion to Strike Answer to Complaint, Pro se Motion for Entry of Default and for Default Judgment, (Doc. No. 14), and on Plaintiff's pro se Motion to Strike Response in Opposition to Motion to Remand, (Doc. No. 15). The Court **DENIES** both motions.

Furthermore, the Court notes that Plaintiff is now represented by counsel.

### ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's pro se Motion to Strike Answer to Complaint, Pro se Motion for Entry of Default and for Default Judgment, (Doc. No. 14), and Plaintiff's pro se Motion to Strike Response in Opposition to Motion to Remand, (Doc. No. 15), are **DENIED**.

Signed: November 18, 2022

Max O. Cogburn Jr.
United States District Judge