# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:21-CV-655-MOC-DCK

| | |
|---|---|
| LATOYA HUSH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SCHWAN'S CONSUMER BRANDS, INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion To Strike Defendant's Motion For Summary Judgment As Untimely" (Document No. 44) filed January 16, 2024, and "Defendant's Motion To Extend The Deadline To File Dispositive Motions And To Accept Filing Of Its Motion For Summary Judgment" (Document No. 45) filed January 17, 2024.

These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motions and the record, and following consultation with the chambers of the Honorable Max O. Cogburn, Jr., the undersigned will grant "Defendant's Motion To Extend The Deadline To File Dispositive Motions…" (Document No. 45) and deny "Plaintiff's Motion To Strike… (Document No. 44).

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion To Extend The Deadline To File Dispositive Motions And To Accept Filing Of Its Motion For Summary Judgment" (Document No. 45) is **GRANTED**. The Court grants a brief extension of time for the filing of Defendant's dispositive motion, and therefore, accepts "Defendant's Motion For Summary Judgment, Or In The Alternative, Summary Adjudication" (Document No. 43) as timely filed. Plaintiff shall file a response to the pending motion on or before **January 31, 2024**.

**IT IS FURTHER ORDERED** that "Plaintiff's Motion To Strike Defendant's Motion For Summary Judgment As Untimely" (Document No. 44) is **DENIED AS MOOT**.

    **SO ORDERED**.

Signed: January 17, 2024

David C. Keesler
United States Magistrate Judge

2

Case 3:21-cv-00655-MOC-DCK   Document 46   Filed 01/17/24   Page 2 of 2